Same case below, 358 Fed. Appx. 771.

Same case below, 594 F.3d 259.

**No. 10-5566. Kosoul Chanthakoum-mane, Petitioner v. Texas.**

562 U.S. 1006, 131 S. Ct. 506, 178 L. Ed. 2d 376, 2010 U.S. LEXIS 8543.

November 1, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 10-5572. Jeffrey Demond Williams, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1006, 131 S. Ct. 506, 178 L. Ed. 2d 376, 2010 U.S. LEXIS 8591.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 602 F.3d 291.

**No. 10-5601. Richard Randolph, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 1006, 131 S. Ct. 506, 178 L. Ed. 2d 376, 2010 U.S. LEXIS 8566.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 590 F.3d 1273.

**No. 10-5645. Jeremy Sanquan Wright, Petitioner v. United States.**

562 U.S. 1006, 131 S. Ct. 507, 178 L. Ed. 2d 376, 2010 U.S. LEXIS 8549.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-5672. Richard A. Grant, Petitioner v. United States.**

562 U.S. 1006, 131 S. Ct. 507, 178 L. Ed. 2d 376, 2010 U.S. LEXIS 8624.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 375 Fed. Appx. 79.

**No. 10-5675. Yokamon Laneal Hearn, Petitioner v. Texas.**

562 U.S. 1006, 131 S. Ct. 507, 178 L. Ed. 2d 376, 2010 U.S. LEXIS 8550.

November 1, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

Same case below, 310 S.W.3d 424.

**No. 10-5728. Jeffery Jon Mills, Petitioner v. California.**

562 U.S. 1006, 131 S. Ct. 507, 178 L. Ed. 2d 376, 2010 U.S. LEXIS 8482.

November 1, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 48 Cal. 4th 158, 106 Cal. Rptr. 3d 153, 226 P.3d 276.